UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMOND DESHON SMITH,

Plaintiff,

v.

ALLSTATE CREDIT BUREAU, INC., et al.,

Defendants.
_______________________________________/

Case No. 2:26-cv-11438

District Judge Brandy R. McMillion
Magistrate Judge Anthony P. Patti

**ORDER GRANTING JOINT MOTION FOR LEAVE TO APPEAR REMOTELY FOR SCHEDULING CONFERENCE (ECF NO. 44)**

The Joint motion for leave to appear remotely at Scheduling Conference is **HEREBY GRANTED** and the upcoming scheduling conference will be re-noticed as a remote proceeding; however, counsel should be aware that, for a variety of reasons, the Court strongly prefers in-person proceedings, and none of the parties should expect to be able to litigate this case remotely. If counsel wish to practice before this Court, they must be prepared to come here or must task their respective local counsel with greater responsibility. Those who are not required to have local counsel should consider retaining some. It is **SO ORDERED**.

Dated: September 24, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE